**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
Robert Villanueva

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VILLANUEVA,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION LLC,<br><br>Defendant(s). | **Case No.:** 8:23-cv-02218-FWS-JDE<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC**<br><br>**HON. FRED W. SLAUGHTER** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff ROBERT VILLANUEVA ("Plaintiff") and Defendant TRANS UNION LLC has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Trans Union LLC with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding Trans Union LLC be vacated.

Date: June 14, 2024                              **LOKER LAW, APC**

                                      BY:     /S/ MATTHEW M. LOKER
                                             MATTHEW M. LOKER, ESQ.
                                             ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 8:23-cv-02218-FWS-JDE**     1 OF 1 *Villanueva v. JPMorgan Chase Bank, National Association, et al.*
**NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC**

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Trans Union LLC* has been submitted on June 14, 2024 to all defense counsel of record via e-mail and U.S. Mail.

       /S/ MATTHEW M. LOKER
       MATTHEW M. LOKER, ESQ.