Youssef H. Hammoud (SBN:321934)
**THE CREDIT ATTORNEY, INC**
601 N. Parkcenter Dr. Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
E: yhammoud@thecreditattorney.com

*Attorney for Plaintiff,*
*Robert Villanueva*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VILLANUEVA,<br><br>            Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION LLC.<br><br>            Defendant. | **Case No.: 8:23-cv-02218-FWS-JDE**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Robert Villanueva ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal of the entire action with prejudice within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: July 3, 2025

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
THE CREDIT ATTORNEY, INC
601 N. Parkcenter Dr. Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
yhammoud@thecreditattorney.com

Attorney for Plaintiff
Robert Villanueva

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Manezeh Asad*